[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 1, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-15006
Non-Argument Calendar

_____

D. C. Docket No. 94-14060-CR-KMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKY EUGENE PATTERSON,
a.k.a. Alvin Patterson,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 1, 2007)**

Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, appointed counsel for Ricky Eugene Patterson, has

filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal regarding the district court's denial of Patterson's "Petition for Sentence Reduction Pursuant to [28] U.S.C. [§] 3582(c)(2) in Light of Amendment 591 of the U.S.S.G. Made Retroactive per [§] 1B1.10" dated July 12, 2005 ("§ 3582 petition") is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw with regard to the appeal of the § 3582 petition is **GRANTED** and the district court's denial of the § 3582 petition is **AFFIRMED**. Rosensweig's motion to withdraw is granted only with regard to appeal of the § 3582 petition.